IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN CUMMINGS
ADC # 79209                                                                                          PETITIONER

v.                                  Case No. 5:12-cv-00378

RAY HOBBS, DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION                                       RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, John Cummings's 28 U.S.C. § 2254 petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 2).

IT IS SO ORDERED THIS the 25th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE